**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

DOMINIQUE CONN,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and LEXISNEXIS RISK SOLUTIONS FL INC.,

Defendants.

Case No. 1:23-cv-04764

Judge: Joan B. Gottschall

Magistrate: Beth W. Jantz

**EQUIFAX INFORMATION SERVICES LLC'S REPLY**
**IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Equifax Information Services LLC's ("Equifax"), by and through its counsel, hereby submits its reply in support of its Motion to Dismiss Plaintiff's Amended Complaint.

## Introduction

Plaintiff initiated this lawsuit on July 24, 2023. Doc. No. 1. Equifax reached a settlement with Plaintiff and attempted to file a stipulation of dismissal as to Equifax only [Doc. No. 23], which the Court construed as motion to file an amended complaint dropping Equifax as a party, and instructed Plaintiff to amend her complaint as such by September 25, 2023. Doc. No. 31. Plaintiff filed an amended complaint on September 29, 2023, but failed to comply with the Court's order when she failed to drop Equifax as a party. Doc. No. 40.

Equifax filed its Motion to Dismiss Plaintiff's Amended Complaint ("Motion") on October 20, 2023, requesting the Court dismiss Plaintiff's Amended Complaint. Doc. No. 43. Defendants LexisNexis Risk Solutions ("Lexis") and Trans Union LLC ("Trans Union") also filed motions to dismiss, though on different arguments. Doc. Nos. 45, 47. The Court set a briefing schedule

ordering Plaintiff to file her response briefs November 30, 2023, and for all Defendants to file their replies by December 14, 2023. Doc. No. 49.

Plaintiff failed to timely file her response to any Defendant's motion to dismiss, prompting the Court to enter a minute entry on December 8, 2023 ("Minute Entry") ordering Plaintiff to file a status report by December 20, 2023, indicating her intention to pursue a claim. Doc. No. 52. The Minute Entry specifically referenced Lexis's and Trans Union's motions to dismiss, but did not mention Equifax's Motion which is still pending and which Plaintiff has yet to respond.. By failing to respond, Plaintiff has waived her arguments.

Out of an abundance of caution, Equifax submits this Reply to reiterate its argument and urge the Court to dismiss Plaintiff's Amended Complaint.

## Argument

Failure to respond to Equifax's motion results in waiver. *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010); *see also Alioto v. Town of Lisbon*, 651 F.3d 715, 721 (7th Cir. 2011) ("Long-standing under our case law is the rule that a person waives an argument by failing to make it before the district court."). Where Equifax has "given plausible reasons for dismissing a complaint," a court need not "do the plaintiff's research and try to discover whether there might be something to say against the defendants' reasoning." *Bonte*, 624 F.3d at 466 (quoting *Kirksey v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1042 (7th Cir. 1999)).

Here, by failing to file a response supporting the adequacy of her Amended Complaint, Plaintiff has waived any opposition to Equifax's Motion and, therefore, has "forfeited [her] right to continue litigating [his] claim." *Kirskey*, 168 F.3d at 1043. Indeed the Court need not proceed any further and may dismiss the entire Amended Complaint based on Plaintiff's failure to respond.

## Conclusion

For the foregoing reasons, and for the arguments set forth in Equifax's Motion to Dismiss, the Court should grant Equifax's motion and dismiss Plaintiff's Amended Complaint with prejudice.

DATED: December 14, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Adam T. Hill*

Adam T. Hill, Bar No. 6293003
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: ahill@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Dominique Conn
103 N. Oak Ln.
Glenwood, IL 60425
Email: dominiqueconn486@yahoo.com

*/s/ Adam T. Hill*
Adam T. Hill
*Counsel for Defendant*
*Equifax Information Services LLC*